IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARY HARLEY,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 21-cv-3856** |
| | : | |
| **EDISON 64 VETERAN COMMUNITY** | : | |
| **APARTMENT COMPLEX,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 13th day of October, 2021, upon consideration of Plaintiff Mary Harley's Motion to Proceed *In Forma Pauperis* (ECF No. 1), *pro se* Complaint (ECF No. 2) and Motion for Appointment of Counsel (ECF No. 4), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of standing as discussed in the Court's Memorandum.

4. The Motion for Appointment of Counsel is **DENIED**.

5. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/S/Wendy Beetlestone, J.

**WENDY BEETLESTONE, J.**